**ORIGINAL**

```
CAROL C. LAM
United States Attorney
LEAH R. BUSSELL
Assistant U. S. Attorney
California State Bar No. 141400
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6962
```

FILED
2006 SEP -5 PM 12:18

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 95CR1107X BEN |
| Plaintiff, | STIPULATION FOR RESTITUTION COMPROMISE SETTLEMENT AND **ORDER THEREON** |
| v. | |
| JEFFREY BART COWAN, | |
| Defendant. | |

Plaintiff, the United States of America, by and through its counsel, Carol C. Lam, United States Attorney, and Leah R. Bussell, Assistant U.S. Attorney, and Defendant Jeffrey Bart Cowan, by and through his attorney of record, Patrick K. Hanly, do hereby stipulate and agree as follows:

1. Defendant Cowan was sentenced on or about December 21, 1995. The judgment included an order for restitution to the victim of Defendant's criminal activity in the amount of $675,818.00.

2. Defendant Cowan has paid the Clerk of the Court the sum of $21,014.26 as of August 21, 2006, toward payment of the restitution ordered.

3. The Defendant has made an offer to make a single lump sum payment on the restitution order and judgment in the amount of

1  $600,000 to be paid no later than September 7, 2006, in exchange
2  for a full and complete release of all claims from the victim, CIT
3  Group, Commercial Services, Inc.
4      4. The only victim in this case is CIT Group, Commercial
5  Services, Inc., First Union CTR, P.O. Box 31307, Charlotte, N.C.
6  28231-1307. The victim has been notified of the Defendant's offer
7  of compromise and has accepted the settlement offer proposed by
8  the Defendant and has agreed to a full and complete release of all
9  claims against the defendant in exchange for payment of the
10 $600,000.
11     5. The victim, upon its receipt of the $600,000 settlement
12 amount on or before September 7, 2006, has agreed to consider the
13 restitution paid and the matter closed in its books and accounts
14 and has agreed to a full and complete release of claims against
15 the defendant in exchange for payment of the $600,000.
16     6. The parties agree that upon timely payment of the
17 $600,000 the restitution judgment will be deemed paid in full and
18 a full and complete release and satisfaction of judgment will be
19 prepared and sent to Defendant's counsel for recording as
20 appropriate.

DATED: 9/5/06

CAROL C. LAM
United States Attorney

LEAH R. BUSSELL
Assistant U.S. Attorney

```
 1
 2   DATED: 9/1/06                    _____
 3                                    JEFFREY BART COWAN
                                      Defendant
 4
 5
     DATED: 8/30/06                   _____
 6                                    PATRICK K. HANLY
                                      Attorney for Defendant
 7
 8
 9
10                              O R D E R
11      Having reviewed the foregoing Stipulation and good cause
12   appearing therefor,
13      IT IS HEREBY ORDERED, ADJUDGED and DECREED that:
14      1.   The Stipulation is hereby APPROVED.
15      2.   Upon receipt of the payment, the judgment will be
16   credited for the $600,000 and be deemed satisfied in full.
17   DATED: 9/05/06
18                                    _____
                                      JUDGE, UNITED STATES DISTRICT COURT
19
20
21
22
23
24
25
26
27
28                                    3
```